# MARTIN T. McDONOUGH, M.D., J.D.
## Attorneys at Law
13 West Avenue, Suite A
P.O. Box 303
Woodstown, New Jersey 08098

EMILY A. McDONOUGH, ESQ.*
emily@mcmedlaw.com

Telephone (856) 769-2470
Facsimile  (856) 769-9290

*Member of NJ and PA Bar

February 10, 2012

**_VIA E-FILING_**
Karen M. Williams, United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08101

   RE: **Bechard v. United States**
      **Civil Action No. 11-00048 (JHR) (KMW)**

Dear Judge Williams:

1. I am pleased to report to Your Honor that the above matter has settled.

2. Plaintiff respectfully requests a Distribution Hearing as required by the New Jersey Wrongful Death Act, specifically N.J.S.A. 2A:31-4.

3. Plaintiff will submit papers and a proposed Distribution Order in advance of the Distribution Hearing.

4. Pursuant to an Order dated December 5, 2011, the parties were to engage in a telephone status conference with the Court on February 22, 2012 at 10:00 a.m.  That conference can now be dispensed with if Your Honor agrees.

5. I will await notification from the Court regarding the date of the Distribution Hearing.

Thanking you I remain,

             Respectfully yours,

             Martin T. McDonough, M.D., J.D.

MTM/sb
  CC: Elizabeth A. Pascal, Esq. (via regular mail)
      Beth Bechard (via regular mail)